UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULO GOMES and<br>RENEE KRAUTTER-GOMES,<br>A96 620 473 | )<br>)<br>)<br>) | FILED: MAY 02, 2008<br>08CV2506         TC |
| Plaintiffs, | )<br>) | JUDGE ANDERSEN<br>MAGISTRATE JUDGE DENLOW |
| v. | )<br>)  NO.<br>) | |
| MICHAEL CHERTOFF, Secretary of the U.S.<br>Department of Homeland Security; RUTH A.<br>DOROCHOFF, District Director, U.S. Citizenship<br>and Immigration Services; MICHAEL B.<br>MUKASEY, U.S. Attorney General; | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   U.S. Attorney's Office                             Michael Chertoff
      Northern District of Illinois                      Office of General Counsel
      219 S. Dearborn, Suite 500                         U.S. Department of Homeland Security
      Chicago, IL 60604                                  Washington, DC 20528
      **Via First Class Mail**                           **Via First Class Mail**

      Michael Mukasey                                    Ruth A. Dorochoff
      U.S. Attorney General                              USCIS
      950 Pennsylvania Avenue, N.W.                      101 W. Congress Parkway
      Washington, DC 20530                               Chicago, IL 60605
      **Via First Class Mail**                           **Via First Class Mail**

    PLEASE TAKE NOTICE that on May 2, 2008, Plaintiffs filed with the District Court for the Northern District of Illinois, Eastern Division, their Petition for Hearing on Naturalization Application, a copy of which is hereby served upon you as indicated above.

                                                         s/ Stanley J. Horn
                                                         STANLEY J. HORN
                                                         Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on May 2, 2008.

                                        s/ Stanley J. Horn
                                        STANLEY J. HORN
                                        Attorney for Plaintiffs

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-05-336-24149 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: September 01, 2005 | Priority Date: | Applicant: A096620473 GOMES, PAULO |
|---|---|---|
| Notice Date: September 07, 2005 | Page 1 OF 1 | ASC Code: 3 |

08CV2506    TC
JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW

STANLEY HORN
205 N MICHIGAN AVE 40TH FL
CHICAGO IL 60601

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $385.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



EXHIBIT 1.

5124572    0002663265

Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| Receipt Number:                | Case Type:                          |
|---                             |---                                  |
| MSC-05-336-24151               | I-130 - Petition for Alien Relative |

| Received Date:        | Priority Date:   | Petitioner:                |
|---                    |---               |---                         |
| September 01, 2005    |                  | KRAUTTER GOMES, RENEE      |

| Notice Date:          | Page    1 OF 1   | Beneficiary:               |
|---                    |---               |---                         |
| September 07, 2005    |                  | GOMES, PAULO               |

STANLEY HORN
205 N MICHIGAN AVE 40TH FL
CHICAGO IL 60601

| Notice Type:      | Receipt Notice |
|---                |---             |
| Amount Received:  | $185.00        |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5124572    0002663265    Form I-797C (Rev. 11/28/03) N