UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULO GOMES and | ) | |
| RENEE KRAUTTER-GOMES, | ) | |
| A96 620 473 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.  08cv2506 |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the U.S. | ) | Judge Anderson |
| Department of Homeland Security; RUTH A. | ) | |
| DOROCHOFF, District Director, U.S. Citizenship | ) | |
| and Immigration Services; MICHAEL B. | ) | |
| MUKASEY, U.S. Attorney General; | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

**NOW COME** the Plaintiffs, Paulo Gomes and Renee Krautter-Gomes, by and through

their attorney, Stanley J. Horn of Horn, Khalaf, Abuzir, Mitchell & Schmidt, and move this

Court to dismiss the Complaint without prejudice.

Respectfully submitted,
PAULO GOMES and
RENEE KRAUTTER-GOMES,


BY: s/ Stanley J. Horn
STANLEY J. HORN
Attorney for Plaintiffs
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused this Motion to Dismiss to be served upon the following individuals by mail service or hand delivery by 5:00 p.m. on September 3, 2008:

U.S. Attorney's Office
Northern District of Illinois
219 S. Dearborn, Suite 500
Chicago, IL 60604
**Via First Class Mail**

Michael Chertoff
Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528
**Via First Class Mail**

Michael Mukasey
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
**Via First Class Mail**

Ruth A. Dorochoff
USCIS
101 W. Congress Parkway
Chicago, IL 60605
**Via First Class Mail**

Dated: September 3, 2008

s/Stanley J. Horn
STANLEY J. HORN
Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com