UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAULO GOMES and<br>RENEE KRAUTTER-GOMES,<br>A96 620 473<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the U.S.<br>Department of Homeland Security; RUTH A.<br>DOROCHOFF, District Director, U.S. Citizenship<br>and Immigration Services; MICHAEL B.<br>MUKASEY, U.S. Attorney General;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO.  08cv2506<br>)<br>)   Judge Anderson<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:  U.S. Attorney's Office                     Michael Chertoff
     Northern District of Illinois              Office of General Counsel
     219 S. Dearborn, Suite 500                 U.S. Department of Homeland Security
     Chicago, IL 60604                          Washington, DC 20528
     **Via First Class Mail**                   **Via First Class Mail**

     Michael Mukasey                            Ruth A. Dorochoff
     U.S. Attorney General                      USCIS
     950 Pennsylvania Avenue, N.W.              101 W. Congress Parkway
     Washington, DC 20530                       Chicago, IL 60605
     **Via First Class Mail**                   **Via First Class Mail**

    PLEASE TAKE NOTICE that on September 18, 2008 at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen, in courtroom #1403 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiff's Motion to Dismiss, a copy of which is herewith served on you.

                                Respectfully submitted,
                                PAULO GOMES and
                                RENEE KRAUTTER-GOMES,

                                BY: s/Stanley J. Horn_____
                                    STANLEY J. HORN
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on September 3, 2008.

                                                  s/Stanley J. Horn
                                                  STANLEY J. HORN
                                                  Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com